No. 03–6906. ZATER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6910. ROBINSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6911. STONE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6914. RINGOLD ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–6917. LEWIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6918. MADERA-MADERA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6922. WORSTELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6927. REID v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6928. ABBOTT, AKA KING v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–6929. JEMISON, AKA MATHIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6938. REYNOLDS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6940. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6941. SUGGS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–6946. BARBER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6947. RICHARDS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–6952. VIGIL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.